IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

TOMAS VELEZ VELAZQUEZ

CASE NO: 88-02061 ESL

CHAPTER 7

***************************************************

MOTION REQUESTING WITHDRAWAL
OF UNCLAIMED MONEY

TO THE HONORABLE COURT:

**NOW COMES** through the undersigned attorney and very respectfully alleges, states and prays:

1. On April 21ST, 2004 the Chapter 7 Trustee filed a motion to consign funds.

2. The Trustee deposited with the Clerk of the Court the sum of $41,883.11, which is the amount unclaimed by the appearing creditor.

3. The appearing creditor wishes that this Honorable Court issue a new dividend check in the amount of $41,883.11 payable to the order of DORAL FINANCIAL CORPORATION.

**WHEREFORE,** it is respectfully requested from this Honorable Court that it order the Clerk of the Court to issue a check in the amount of $41,883.11 payable to DORAL FINANCIAL CORPORATION, and that it be delivered to the undersigned attorney.

I HEREBY CERTIFY that a copy of this notice of withdrawal of unclaimed funds was electronically filed by Movant, Doral Financial Corporation, using the CM/ECF System, which will send a notification to the Trustee and to the debtor (s) attorney.

Respectfully submitted in San Juan, Puerto Rico on October 6, 2005.

/S/ SERGIO RAMIREZ DE ARELLANO
SERGIO A. RAMIREZ DE ARELLANO LAW OFFICES
**Attorney for Movant
PO Box 9024253
San Juan, Puerto Rico 00902-4253
Phone: (787) 977-0420
Fax: (787) 977-0455**
e-mail: sramirez@sarlaw.com

_____
Sergio A. Ramirez de Arellano
U.S.D.C. PR. #126804