IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| | CASE NO. 88-02061 ESL |
| TOMAS VELEZ VELAZQUEZ | Chapter 7 |
| | |
| XXX-XX-1094 | |
| | FILED & ENTERED ON 10/12/2005 |
| Debtor(s) | |

**ORDER**

The motion filed by Doral Financial Corp. requesting to withdraw consigned funds in the amount of $41,883.11 (docket #77) is hereby denied without prejudice to presenting evidence of the note, and a proffer on its cancellation.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 12 day of October, 2005.

*/s/ Lamoutte*

ENRIQUE S. LAMOUTTE INCLAN
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    REINALDO RAMOS COLLAZO
    RICHARD A xLEE
    Doral Financial Corp.-Sergio A. Ramirez De Arellano
    UST